

GARY M. RESTAINO
United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ____ LODGED
RECEIVED ____ COPY

MAR 2 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-00467-PHX-DLR (DMF) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2) (Material False Statement During the Purchase of a Firearm) |
| Alayjon Tamplin, | Counts 1-3 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNTS 1-3</u>

On or about the dates below, in the District of Arizona, Defendant ALAYJON TAMPLIN knowingly made false statements and representations in connection with the acquisition of a firearm to the business listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that Defendant ALAYJON TAMPLIN did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below

stating he was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearms for someone else:

| Count | Date | FFL |
|-------|------|-----|
| 1 | 4/3/2022 | Alpha Dog Firearms (Tempe, AZ) |
| 2 | 4/19/2022 | Alpha Dog Firearms (Tempe, AZ) |
| 3 | 5/2/2022 | Alpha Dog Firearms (Tempe, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

*/S/*
FOREPERSON OF THE GRAND JURY
Date:  March 28, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*/S/*
BENJAMIN GOLDBERG
Assistant U.S. Attorney