# EXHIBIT A

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

I know wtf I'm talkin bout

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/3/2022 3:40:38 PM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/3/2022 3:31:36 PM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x999D68 (Table: message, handle, chat; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

1717.16

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/3/2022 3:40:38 PM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/3/2022 3:32:04 PM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x999B50 (Table: message, handle, chat; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Lmk if you need any store runs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 10:51:46 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/9/2022 6:51:10 PM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xA51809 (Table: message, handle, chat; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

What time you gon be up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 10:51:46 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 7:18:33 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE0032C (Table: message, handle, chat; Size: 21356544 bytes)

From: [redacted]
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Rn

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 10:51:52 AM(UTC-7) | 4/19/2022 10:56:47 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 10:51:50 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE0378E (Table: message, chat, handle; Size: 21356544 bytes)

From: [redacted]
To: +16023014802 Me (owner)
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

You trynna go still

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 10:57:08 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 10:56:56 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE0357B (Table: message, handle, chat; Size: 21356544 bytes)

000019

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

N how many guns

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 10:57:08 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 10:57:00 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE03377 (Table: message, handle, chat, Size: 21356544 bytes)

From: [redacted]
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

2

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 10:57:14 AM(UTC-7) | 4/19/2022 10:57:14 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 10:57:14 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE04F85 (Table: message, chat, handle; Size: 21356544 bytes)

From: [redacted]
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 10:57:16 AM(UTC-7) | 4/19/2022 10:57:16 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 10:57:16 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE04D78 (Table: message, chat, handle; Size: 21356544 bytes)

From: [redacted]
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

2 19xs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 10:57:24 AM(UTC-7) | 4/19/2022 10:57:24 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 10:57:23 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE04B63 (Table: message, chat, handle; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

How far is cabellas

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 10:57:25 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 10:57:24 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE04948 (Table: message, handle, chat; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Bro I need 120 on top

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 10:57:41 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 10:57:40 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE04742 (Table: message, handle, chat; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Deal sealed

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted]Me | | 4/19/2022 10:57:44 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 10:57:44 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE04538 (Table: message, handle, chat; Size: 21356544 bytes)

From: [redacted]
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Alpha dog

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16028004520 Alayjon | 4/19/2022 10:57:45 AM(UTC-7) | 4/19/2022 10:57:46 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 10:57:45 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE04346 (Table: message, chat, handle; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Again?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted]Me | | 4/19/2022 10:57:51 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 10:57:51 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE05F83 (Table: message, handle, chat; Size: 21356544 bytes)

000022

From [redacted] Me (owner)
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

100

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 10:57:54 AM(UTC-7) | 4/19/2022 10:57:54 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 10:57:54 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE05D9B (Table: message, chat, handle; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted] (owner)
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

110

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Me | | 4/19/2022 10:57:59 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 10:57:59 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE05B88 (Table: message, handle, chat; Size: 21356544 bytes)

From: [redacted] (owner)
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Yeah it's been a minute

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 10:58:02 AM(UTC-7) | 4/19/2022 10:58:02 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 10:58:02 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE059A6 (Table: message, chat, handle; Size: 21356544 bytes)

000023

From [redacted] Me (owner)
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

I'll throw you some tree

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 10:58:11 AM(UTC-7) | 4/19/2022 10:58:11 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 10:58:11 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE05767 (Table: message, chat, handle; Size: 21356544 bytes)

From [redacted] Me (owner)
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

We still got the gunshow mf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 10:58:21 AM(UTC-7) | 4/19/2022 10:58:21 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 10:58:21 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE05526 (Table: message, chat, handle; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted] (owner)
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

So 100 for each gun n sum tree

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 10:58:44 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 10:58:32 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE052E1 (Table: message, handle, chat; Size: 21356544 bytes)

From: [redacted]
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Yeah papa head come get the money for everything

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 10:58:55 AM(UTC-7) | 4/19/2022 10:58:55 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 10:58:55 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE06F85 (Table: message, chat, handle; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

No gas money?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 10:59:05 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 10:59:05 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE06D16 (Table: message, handle, chat, Size: 21356544 bytes)

From: [redacted]
To: +[redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

I got you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 10:59:38 AM(UTC-7) | 4/19/2022 11:00:57 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 10:59:38 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE06B20 (Table: message, chat, handle; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Ily

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | Me | | 4/19/2022 11:01:47 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | | |

Status: Read

4/19/2022 11:01:04 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE068F7 (Table: message, handle, chat; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted] (owner)
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

So what happens if they ask for my weapons vault n ion got the weapons

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | Me | | 4/19/2022 11:01:47 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | | |

Status: Read

4/19/2022 11:01:28 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE06713 (Table: message, handle, chat; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted] (owner)
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

What charge is that

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| [redacted] | Me | | 4/19/2022 11:01:47 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | | |

Status: Read

4/19/2022 11:01:39 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE064A8 (Table: message, handle, chat; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted] (owner)
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Me | | 4/19/2022 11:01:47 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:01:42 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE062A2 (Table: message, handle, chat; Size: 21356544 bytes)

From [redacted]
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Wym

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 11:01:54 AM(UTC-7) | 4/19/2022 11:01:55 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 11:01:54 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE07F85 (Table: message, chat, handle; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

N how many guns from the gun show?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Me | | 4/19/2022 11:02:03 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:02:03 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE07D60 (Table: message, handle, chat; Size: 21356544 bytes)

From: [redacted]
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

A couple ima ne taking my cousin too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 11:02:24 AM(UTC-7) | 4/19/2022 11:02:24 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 11:02:24 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE07B40 (Table: message, chat, handle; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Bet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 11:05:11 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:02:33 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE078EB (Table: message, handle, chat; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Idc

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 11:05:11 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:02:35 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE07705 (Table: message, handle, chat; Size: 21356544 bytes)

From: +16028004520 Alavion
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

I'm in it for the money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 11:05:11 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:02:43 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE0733D (Table: message, handle, chat, Size: 21356544 bytes)

From: +16028004520 Alavion
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 11:05:11 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:02:45 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE08F83 (Table: message, handle, chat, Size: 21356544 bytes)

From: +16028004520 Alavion
To: [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Just don't kill the president wit the mfs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 4/19/2022 11:05:11 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:03:07 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE08D95 (Table: message, handle, chat, Size: 21356544 bytes)

From: [redacted]
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

They go to Mexico brother

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 11:05:20 AM(UTC-7) | | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 11:05:20 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE08951 (Table: message, chat, handle; Size: 21356544 bytes)

From: [redacted] (owner)
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

We'll some if anything we can make fake bill of sales so save the receipts

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 11:05:38 AM(UTC-7) | 4/19/2022 11:05:41 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 11:05:38 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE08712 (Table: message, chat, handle; Size: 21356544 bytes)

From: +16028004520 Alayjon
To [redacted]
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Wow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Me | | 4/19/2022 11:06:18 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:05:50 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE0846A (Table: message, handle, chat; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted](owner)
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

I didn't save the last one but bet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted]Me | | 4/19/2022 11:06:18 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:06:03 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE08284 (Table: message, handle, chat, Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted]Me (owner)
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

I gave it to you right

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted]Me | | 4/19/2022 11:06:18 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:06:10 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE09D97 (Table: message, handle, chat; Size: 21356544 bytes)

From [redacted]Me (owner)
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

No you kept it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 11:06:24 AM(UTC-7) | | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 11:06:24 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE09B95 (Table: message, chat, handle; Size: 21356544 bytes)

From: [redacted] Me (owner)
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

But bet papa head lmk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 11:06:30 AM(UTC-7) | 4/19/2022 11:16:32 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

**Status:** Sent

4/19/2022 11:06:29 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE0996C (Table: message, chat, handle; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted] Me (owner)
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

I'm finna be omw

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Me | | 4/19/2022 11:35:02 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

**Status:** Read

4/19/2022 11:16:39 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE0950C (Table: message, handle, chat; Size: 21356544 bytes)

From: [redacted] Me (owner)
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Alr papa head

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 11:36:13 AM(UTC-7) | 4/19/2022 11:36:50 AM(UTC -7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

**Status:** Sent

4/19/2022 11:35:11 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE0AF85 (Table: message, chat, handle; Size: 21356544 bytes)

From: +16028004520 Alayjon
To: [redacted] Me (owner)
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Omw

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Me | | 4/19/2022 11:57:04 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:36:54 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE0AD5E (Table: message, handle, chat; Size: 21356544 bytes)

From: [redacted] Alayjon
To: +16023014802 Me (owner)
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Is you ridin?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Me | | 4/19/2022 11:57:04 AM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Read

4/19/2022 11:54:56 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE0A96D (Table: message, handle, chat; Size: 21356544 bytes)

From: [redacted] Me (owner)
To: +16028004520 Alayjon
To: johnh21d@icloud.com _$!<Other>!$_ (owner)

Probably

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16028004520 Alayjon | 4/19/2022 11:57:12 AM(UTC-7) | 4/19/2022 12:00:08 PM(UTC-7) | |
| johnh21d@icloud.com _$!<Other>!$_ | | | |

Status: Sent

4/19/2022 11:57:10 AM(UTC-7)

Source Info:
00008110-0002706202C1801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE0A777 (Table: message, chat, handle; Size: 21356544 bytes)